**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___1st___  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steve Martinez, Jr.    JOINT DEBTOR: Maria E Martinez    CASE NO.: 11-30306
Last Four Digits of SS# 6753    Last Four Digits of SS# 1707

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __63.80__ for months __1__ to __36__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,100.00 + $274.00 (filing fee) + $750.00 (Motion to Value Collateral)
= $4,124.00 TOTAL PAID $ 4,124.00
Balance Due - $ 0.00 payable $____/month (Months 1 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Chase__
Address: __10790 Rancho Bernardo Rd.__
__San Diego, CA 92127__
Account No: __-3906__
Arrearage on Petition Date $ PAID OUTSIDE PLAN
Arrears Payment $_____/month (Months ____ to ____)
Regular Payment $_____/month (Months ____ to ____)
**Property is 8626 SE Lyons Street, Hobe Sound, FL 33475**

2. __GE Money Bank c/o B-Line LLC__
Address: __P.O. BOX 91121__
__Seattle, WA 98111-9221__
Account No: __-0326__
Arrearage on Petition Date $ SURRENDERED
Arrears Payment $_____/month (Months ____ to ____)
Regular Payment $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC<br>PO Box 8873<br>Virginia Beach, VA 23450-8873<br>(Acct. #: -3527) | 2nd Mortgage on homestead<br>$46,976 | % | $0.00 | 1 To 60 | Mortgage is being stripped down to $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507] – N/A

Unsecured Creditors:   Pay $ 58.00 /month (Months __1__ to __36__);
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
Debtors are current with their first mortgage in favor of Chase (Acct. -3906) on the homestead property located at 8626 SE Lyons Street, Hobe Sound, FL 33475 and will make this payment directly to the lender. Debtors are current with the Martin County Tax Collectors Office on the property taxes owed on the homestead property located at 8626 SE Lyons Street, Hobe Sound, FL 33475 and will make this payment directly to the tax collector's office. The Debtors are stripping their second mortgage with HSBC (Acct. #: -3527) on the homestead property located at 8626 SE Lyons Street, Hobe Sound, FL 33475, as referenced above.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Steve Martinez                    /s/ Maria E Martinez
Debtor                                Joint Debtor

Date: 11/14/2011                      Date: 11/14/2011

LF-31 (rev. 01/08/10)